| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert P. Goe - State Bar No. 137019<br>Thomas J. Eastmond – State Bar No. 211591<br>**GOE FORSYTHE & HODGES LLP**<br>18101 Von Karman Avenue, Suite 1200<br>Irvine, CA 92612<br>rgoe@goeforlaw.com<br>teastmond@goeforlaw.com<br><br>Telephone:  (949) 798-2460<br>Facsimile:  (949) 955-9437<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff Steven M. Speier | **FILED & ENTERED**<br><br>DEC 02 2019<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** moser    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*RIVERSIDE* DIVISION**

| In re:<br><br>JOHN E. TACKETT AND ELLEN O. TACKETT ,<br><br>                                                             Debtor(s)<br>_____<br>STEVEN M. SPEIER, solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of John E. Tackett and Ellen O. Tackett,<br>                                                            Plaintiff(s)<br>                vs.<br><br>CONESTOGA SETTLEMENT SERVICES, LLC, a Delaware limited liability company; CONESTOGA INTERNATIONAL HOLDINGS LLC aka CONESTOGA INTERNATIONAL LLC, a Delaware limited liability company; CONESTOGA TRUST, a Delaware statutory trust; PROVIDENT TRUST GROUP, LLC, a Nevada limited liability company; DE LEON & WASHBURN, P.C., a Texas professional corporation; JEFF CONVERSE, an individual resident of California; MICHAEL WOODS, an individual; resident of Texas; MICHAEL McDERMOTT, an individual resident of Puerto Rico; THOMAS WASHBURN, an individual resident of Texas; and HECTOR DE LEON, an individual resident of Texas,<br>                                                            Defendant(s) | CASE NO.: 6:16-bk-15813-MH<br>CHAPTER: 7<br>ADVERSARY NO.: 6:18-ap-01138-MH<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br><br><br>DATE:            November 20, 2019<br>TIME:            2:00 p.m.<br>COURTROOM:  #303<br>PLACE:          United States Bankruptcy Court<br>                        3420 Twelfth Street<br>                        Riverside, California 92501 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1.    Judgment shall be entered in favor of Plaintiff (*specify name*): STEVEN M. SPEIER, solely in his capacity as Chapter 7 Trustee for the Bankruptcy Estate of John E. Tackett and Ellen O. Tackett
        and against Defendant (*specify name*): Jeff Converse

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                       Page 1                              F 7055-1.2.DEFAULT.JMT

2. a. ☒ Plaintiff is awarded damages in the following amount:      $250,000.00
   b. ☐ Plaintiff is awarded costs in the following amount:        $_____
   c. ☐ Plaintiff is awarded attorney fees in the following amount: $
   d. ☐ Plaintiff is awarded interest at the rate of ____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*):

   e. ☒ Plaintiff is granted the following relief (*specify*): Plaintiff is awarded interest at the rate of **1.56%** per year on the sum of $30,000 from May 31, 2012 to August 1, 2012 in the amount of **$78.21**, and interest at the rate of **1.56%** per year on the sum of $250,000 from August 1, 2012 until paid.

###

Date: December 2, 2019

Mark Houle
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    F 7055-1.2.DEFAULT.JMT